Jon S. Dawson
Jason Hartz
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503

Attorneys for Law Offices of Krista L.
White & Assoc. and Krista L. White

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SANDRA ALCORN, )
)
    Plaintiff, ) Case No. 3:15-cv-_____
v. )
)
LAW OFFICES OF KRISTA L. )
WHITE & ASSOC. and KRISTA L. )
WHITE, )
    Defendants. )
_____ )

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendants Law Offices of Krista L. White & Associates, P.S. Inc and Krista L. White (collectively "White & Associates") give notice that they are removing this case to the United States District Court for the District of Alaska on the grounds set forth below.

1. White & Associates have been named as a defendant in a civil action filed by plaintiff Sandra Alcorn ("Alcorn") entitled *Alcorn v. White, et al.,* (Case No. 3AN-14-10748CI), in the Superior Court for the State of Alaska, Third Judicial District at Anchorage ("State Lawsuit").

2. White & Associates first received the initial pleading setting forth the claims for relief on which the State Lawsuit is based on December 16, 2014.

3. This Notice of Removal of Civil Action is filed within thirty (30) days after receipt by White & Associates of copies of the Summons and Complaint in the State Lawsuit on December 16, 2014 and is timely under 28 U.S.C. § 1446(b).

4. This is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and may be removed to this Court by White & Associates according to 28 U.S.C. § 1441(a).

5. According to 29 U.S.C. § 1331, federal question jurisdiction exists on the grounds that Alcorn has asserted claims under the Federal Fair Debt Collection Practices Act (15 U.S.C. §§ 1692-1692p).

6. Removal to the United States District Court for the District of Alaska is proper under 28 U.S.C. § 1441 because the district embraces the State of Alaska's Third Judicial District.

7. Copies of all process, pleadings, and orders received by White & Associates are attached as Exhibits A through G according to 28 U.S.C. § 1446(a):

| Exhibit No. | Document Name | Date Filed |
| --- | --- | --- |
| **Exhibit A** | Complaint | December 12, 2014 |
| **Exhibit B** | Summons and Notice to Both Parties of Judicial Assignment | December 12, 2014 |
| **Exhibit C** | Entry of Appearance | December 31, 2014 |

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

| | | |
|---|---|---|
| **Exhibit D** | Notice of Change of Judge | December 31, 2014 |
| **Exhibit E** | Order Granting Change of Judge | January 2, 2015 |
| **Exhibit F** | Stipulation for Extension of Time to Respond / Order Granting Stipulation | Filed January 5, 2015<br>Granted January 6, 2015 |
| **Exhibit G** | Initial Pretrial Order | January 5, 2015 |

8. Attached as Exhibit H is the copy of the notice to state court of the removal which will be filed in the Superior Court for the State of Alaska on this date.

9. White & Associates does not waive any defenses, including without limitation any defenses based on insufficiency of process or service of process.

WHEREFORE, White & Associates have removed the State Lawsuit from the Superior Court for the State of Alaska at Anchorage, to this Court.

DATED this 9th day of January, 2015.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By: /s/ Jon S. Dawson
Jon S. Dawson
Alaska Bar No. 8406022

By: /s/ Jason Hartz
Jason Hartz
Alaska Bar No. 1206053

NOTICE OF REMOVAL OF ACTION - **3** -
*Alcorn v. White, et al.*
DWT 25633081v1 0093176-000016

Certificate of Service

On the 9th day of January, 2015, a true and correct copy of the foregoing document was sent by U.S. Mail, postage paid, to the following parties:

Laura Matter
James J. Davis
Alaska Legal Services Corporation
634 Bailey Street, Ste. 102
Palmer, AK   99645

  /s/ Jon S. Dawson
    Jon S. Dawson

NOTICE OF REMOVAL OF ACTION    -   **4**   -
*Alcorn v. White, et al.*
DWT 25633081v1 0093176-000016