IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| SANDRA ALCORN,<br><br>          Plaintiff,<br><br>v.<br><br>LAW OFFICES OF KRISTA L. WHITE & ASSOC. and KRISTA L. WHITE | Case No. 3:15-cv-00004-SLG |

## **ORDER**

Upon consideration of the parties' Stipulation (Docket 24), the Court hereby APPROVES the stipulation.

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice and except as provided in paragraph 6.B of the Stipulation, each party is to bear its own attorney fees and costs.

DATED this 26th day of March, 2015.

                                    */s/ Sharon L. Gleason*
                                    UNITED STATES DISTRICT JUDGE